■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANDY ROGERS, Appellant.—Judgment unanimously affirmed. Memorandum: We reject defendant's contention that he was denied the effective assistance of counsel; viewing together the evidence, the law, and the circumstances of the case, we find that meaningful representation was provided *(see, People v Satterfield,* 66 NY2d 796, 798-800; *People v Baldi,* 54 NY2d 137, 146-147). We also reject his contention that his sentence was harsh and excessive. (Appeal from judgment of Supreme Court, Erie County, Doyle, J.—criminal sale of controlled substance, third degree.) Present—Denman, J. P., Green, Pine, Balio and Lawton, JJ.